UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

XI CHEN LAUREN,

      Plaintiff,

    v.

PNC BANK, N.A., et al.,

      Defendants.

Case No. 2:14-cv-230
JUDGE GREGORY L. FROST
Magistrate Judge Terence P. Kemp

## ORDER

On September 24, 2014, Plaintiff filed a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  (ECF No. 160.)  Defendants have consented to this Court construing that filing as a motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2), provided that all claims that were previously dismissed with prejudice remain barred.  *See* ECF Nos. 162 & 163.  Accordingly, the Court construes the September 24, 2014 filing as a Rule 41(a)(2) motion, **GRANTS** the motion, and dismisses this case without prejudice.  The Clerk shall enter judgment accordingly and terminate this case on the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED**.

                           /s/ Gregory L. Frost
                         GREGORY L. FROST
                         UNITED STATES DISTRICT JUDGE